# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GURPAL SINGH MANN,

    Defendant.

Case No. CR03-574-RSL

**REPORT ON ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

On August 23, 2011, defendant appeared, after being arrested on a warrant issued in this case, for alleged violations of supervised release. Nicholas Brown appeared for the United States and Amy Muth appeared for defendant. Also present was U.S. Probation Officer Lisa Combs. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on April 15, 2004, by the Honorable Robert S. Lasnik for Possession of a Firearm by an Unauthorized Alien. He received six months detention and three years of supervised release.

## ALLEGED VIOLATIONS

In a petition dated November 21, 2005, U.S. Probation Officer Brieanne E. Olsen alleged

that defendant violated the following conditions of supervised release:

1. Failing to submit a truthful and complete written report within the first five days of each month, in violation of standard condition number two.

2. Failing to work regularly at a lawful occupation, in violation of standard condition number five, directing him to do so.

## PROCEEDINGS AT INITIAL APPEARANCE

The Government stated it was withdrawing the alleged violations. The Court directed the government to present an order to Chief Judge Lasnik withdrawing the alleged violations. Because the government indicated it was withdrawing the allegations, the Court entered an order releasing defendant on this matter. No party opposed release. Defendant was informed that there was an immigration detainer and that he would likely be transported to the immigration detention facility.

## RECOMMENDATION

Based upon the foregoing, I recommend the court consider the Government's motion to withdraw the alleged violations.

DATED this 23rd day of August, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge